# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re: **KEITH M JOHNSON**  Chapter 13
Debtor  Case No. **23-60338**

## CERTIFICATION REGARDING AMENDED SCHEDULES OR STATEMENTS

On **May 19, 2023,** the Debtor filed amended schedules or statements (check the applicable box below):

**X** These amended schedules or statements do add creditors, and the creditors were not listed on the mailing matrix previously filed with this Court. Accordingly I have taken the following actions: (a) I have updated the mailing matrix to add all creditors not previously listed on the mailing matrix, and as of this date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended, (b) I have paid the related filing fee for adding these creditors, and (c) on May 19, 2023, I sent the Notice of Bankruptcy and § 341(a) creditors' meeting notice to the following creditors in the manner described as follows (add extra pages if necessary):

Va Div Child Support Enforcement
Bankruptcy Unit
PO Box 71900
Henrico, VA 23255

I hereby certify under penalty of perjury that the foregoing is true and correct.

Date: May 19, 2023    /s/ William Harville
  Counsel for Debtor

/s/ Keith M Johnson
Debtor (if applicable)