UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

In re:  **Keith Markell Johnson**   )   Chapter   **13**
                                    )   Case No.  **23-60338**
                    Debtor(s)       )

### NOTICE OF INQUIRY

On May 26, 2023 William Harville filed a petition/pleading in the above case. See docket entry #35. The petition/pleading is deficient as set forth below.

- ☐ Form required but not filed.
- ☐ Pleading improperly styled/formatted (caption, size, margins). *See Local Rule 5005-3.*
- ☐ PDF not flattened. *See Attorney Guidelines on Court's website.*
- ☐ Corporate Resolution not filed with Chapter 11 petition. *Required by Local Rule 1002-1 and Local Rule 1074-1.*
- ☐ NAICS Code not included on petition or not typed in during opening of a business case. *See Attorney Guidelines on Court's website.*
- ☐ Certificate of Credit Counseling docketed with petition. Must be docketed separately
- ☐ Certification of Compliance with 11 USC § 1328 filed. Financial Management Course Certificate required but not filed. Case may be closed without discharge.
- ☐ Incorrect/Incomplete case number, case name, chapter on pleading, date on pleading, or incorrect hearing time.
- ☐ Exhibits referenced in pleading but not attached/filed.
- ☐ Notice of Appearance and Request for Notices filed but creditor name and address not added to CM/ECF during docketing.
- ☐ Docket entry # incomplete/unreadable or PDF image uploaded incorrectly.
- ☐ Docket entry # not properly related.
- ☐ Objection to Claims filed. Objection appears not to comply with FRBP 3007(c).
- ☐ No Certification Regarding Balance of Schedules filed. See Local Rule 1007-1.
- ☐ No Certification Regarding Amended Schedules or Statements filed. See Local Rule 1009-1.
- ☐ Pleading does not match docket text.
- ☐ Document/pleading not signed.
- ☑ Other: Three additional names were added to the mailing matrix but were not included on the amendment form. Cornell Johnson, Larry Johnson, and Travis Johnson..

This inquiry is for notice only. Please take the corrective action that you deem appropriate.

Dated:     May 30, 2023

                    James W. Reynolds, Clerk
                    U.S. Bankruptcy Court

                    By: /s/        Lisa A. Maddox
                              Deputy Clerk

*1*

*Inquiry 110618*